# Court of Appeals
# of the State of Georgia

ATLANTA, __May 10, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A1137.     BULLOCK et al. v. MORTGAGE GUARANTEED INVESTMENTS, LLC et al.**

On April 20, 2012, Appellee Vertical Var, LLC filed a MOTION TO DISMISS based on Appellants' failure to file a brief and enumeration of errors in support of their appeal. As this appeal was docketed on February 13, 2012, Appellants' brief and enumeration of errors were required to be filed no later than March 5, 2012. See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of error shall be filed within 20 days after the appeal is docketed unless extended by this Court). This Court subsequently granted Appellants two extensions of time in which to file their brief and enumerations of error, ultimately extending their deadline until March 22, 2012. As of May 3, 2012, however, Appellants have still failed to submit a brief and enumeration of errors. Accordingly, Appellee's MOTION TO DISMISS is hereby GRANTED, and Case No. A12A1137 is DISMISSED for Appellants' failure to file a brief and enumeration of errors in support of their appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/10/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*